QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Cary Eugene Ham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CARY EUGENE HAM, ) <br> ) <br> Defendant. ) <br> _____) | CR S-05-0401 WBS <br><br> **REQUEST FOR APPOINTMENT OF NEW COUNSEL AND [PROPOSED] ORDER** |

     Defendant Cary Ham hereby requests that the appointment of the Office of the Federal Defender be terminated and that Quin Denvir be appointed as his counsel.  Mr. Denvir has been handling the case since the Office was appointed by the Court.  He will be retiring from the Office as of December 31, 2005.  Defendant would like the appointment of the Office terminated and Mr. Denvir appointed as his new counsel, effective January 1, 2006.

                                  Respectfully submitted,

DATED: 12-17-05                  /s/ Cary Ham
                                        CARY EUGENE HAM
                                        Defendant

```
DATED:   December 27, 2005        /s/ Quin Denvir
                                  QUIN DENVIR

                                  Attorney for Cary Eugene Ham


     I concur.


DATED:   December 27, 2005        /s/ Mary M. French
                                  MARY M. FRENCH
                                  Supervising Assistant Federal Defender
```

     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED:   December 30, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

United States v. Ham
05cr0401 WBS
Req. Appt. New Counsel                 2