```
QUIN DENVIR, Bar No. 49374
Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
Cary Eugene Ham
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-05-0401 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER** |
| CARY EUGENE HAM, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

        Plaintiff United States of America, through its counsel, First Assistant United States Attorney Lawrence Brown, and defendant Cary Ham, through his counsel, Federal Defender Quin Denvir, hereby stipulate and agree that the judgment and sentencing for Mr. Ham currently calendared for February 2, 2006 should be advanced to January 11, 2006 at 9:00 a.m.

```
DATED:  December 28, 2005     Respectfully submitted,

                              MACGREGOR SCOTT
                              United States Attorney


                              /s/ Quin Denvir (telephonically
                              authorized to sign for)
DATED:  December 28, 2005     LAWRENCE BROWN
                              First Assistant United States Attorney
```

1

```
 1
 2
 3   DATED:   December 28, 2005         /s/ Quin Denvir
                                        QUIN DENVIR
 4                                      Attorney for Cary Eugene Ham
 5
 6
 7
 8        FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
 9
10   DATED:   December 30, 2005
11
12                                      /s/ William B. Shubb
                                        WILLIAM B. SHUBB
13                                      UNITED STATES DISTRICT JUDGE
```

United States v. Ham
05cr0401 WBS
Stip/Proposed Order                     2